| | |
|---|---|
| 1 | Norman J. Blears (Bar No. 95600) |
|   | HOGAN LOVELLS US LLP |
| 2 | 525 University Avenue, 4th Floor |
|   | Palo Alto, California  94301 |
| 3 | Telephone:  + 1 (650) 463-4000 |
|   | Facsimile:  + 1 (650) 463-4199 |
| 4 | norman.blears@hoganlovells.com |
| 5 | Robin Wechkin (pro hac vice application to be filed) |
|   | HOGAN LOVELLS US LLP |
| 6 | 8426 316th Pl. SE |
|   | Issaquah, Washington 98027 |
| 7 | Telephone:  +1 (425) 222-0595 |
|   | robin.wechkin@hoganlovells.com |
| 8 | |
|   | Attorneys for Defendants |
| 9 | GOLDMAN, SACHS & CO.; DEUTSCHE BANK |
|   | SECURITIES, INC.; STIFEL, NICOLAUS & CO., |
| 10 | INC.; and WILLIAM BLAIR & CO., LLC |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| In re ENVIVIO, INC. SECURITIES LITIGATION | Master File No.  4:12-cv-05636-CW |
| | [~~PROPOSED~~] ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY *PRO HAC VICE* |
| | The Honorable Claudia Wilken |

1  Robin Wechkin has applied in the above-entitled action for admission to practice in the
2  Northern District of California on a *pro hac vice* basis representing Defendants Goldman, Sachs
3  & Co.; Deutsche Bank Securities, Inc.; Stifel, Nicolaus & Co., Inc.; and William Blair & Co.,
4  LLC.  This attorney's business address is Hogan Lovells US LLP, 8426 316th Pl. SE, Issaquah,
5  WA, 98027.  Her business telephone number is (425) 222-0595.  She is an active member in good
6  standing of the bar of the State of Washington.

7  IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and
8  conditions on Civil Local Rule 11-3.  All papers filed by the attorney must indicate appearance
9  *pro hac vice*.  Service of papers upon and communication with co-counsel designated in the
10  application will constitute notice to the party.  All future filings in this action are subject to the
11  requirements contained in General Order No. 45, *Electronic Case Filing*.

13  Dated: February 25, 2013          _____
14                                     HONORABLE CLAUDIA WILKEN
                                       UNITED STATES DISTRICT JUDGE

1
[PROPOSED] ORDER GRANTING APPLICATION FOR ADMISSION *PRO HAC VICE*;
CASE NO.: 4:12-CV-05636-CW

\\040522/000001 - 1043126 v1