**UNITED STATES DISTRICT COURT**
**Northern District of California**
**1301 Clay Street**
**Oakland, California 94612**

_____

www.cand.uscourts.gov

Richard W. Wieking                                           General Court Number
Clerk                                                                510.637.3530

October 21, 2013

San Mateo County Superior Court
400 County Center
Redwood City, CA 94063

RE:  CV 12-05636 CW    MICHAEL TOTH-v-ENVIVIO INC
     **Your Case Number: (CIV-517481)**

Dear Clerk,

   Pursuant to an order remanding the above captioned case to your court, transmitted herewith are:

   (X)   Certified copies of docket entries

   (X)   Certified copies of Remand Order

   ( )   Other

   Please acknowledge receipt of the above documents on the attached copy of this letter.

                              Sincerely,

                              RICHARD W. WIEKING, Clerk

                              *Clara Pierce*
                              by:  Clara Pierce
                              Case Systems Administrator

Enclosures

NDC TR-5  Rev. 7/92
o:\mrg\civil\remand.mrg